JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
STEPHANIE G. HERRERA (State Bar No. 313887)
stephanie.herrera@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*
*OpenAI Foundation, OpenAI OpCo, LLC,*
*OpenAI Group PBC, and Samuel Altman*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| A.C., a minor, by and through his next friend ESTHER BRAUN,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN,<br><br>Defendants. | Case No. 3:26-cv-09342-JSC<br><br>**DECLARATION OF BETHANY W. KRISTOVICH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Date: November 5, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Jacqueline S. Corley<br>Crtrm.: 8th (19th Floor)<br><br>[Filed concurrently: Notice of Motion and Motion to Dismiss for Forum Non Conveniens; Declaration of Julia K. Lockhart; (Proposed) Order] |
| AND ALL RELATED CASES | |

**DECLARATION OF BETHANY W. KRISTOVICH**

I, Bethany W. Kristovich, declare as follows:

1. I am a partner at the law firm of Munger, Tolles & Olson LLP and one of the attorneys of record representing Defendants in the above-captioned matters. I submit this declaration in support of Defendants' motion to dismiss these actions for forum non conveniens. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, could and would competently testify to them.

2. Based on our factual investigation to date, as well as my review of the media coverage cited and attached to my declaration, numerous witnesses and significant documentary evidence relevant to these actions are located in British Columbia, Canada. Third-party witnesses and documentary evidence related to issues of causation and comparative fault include Canadian law enforcement, British Columbia mental health care providers, local government and school officials, and members of the Tumbler Ridge community.

3. Attached as **Exhibit 1** is a true and correct copy of the decision in the case *Vanrootselaar v. Jacobs*, 2015 BCSC 2544, in British Columbia Supreme Court.

4. Attached as **Exhibit 2** is a true and correct copy of a press release from the Tumbler Ridge Royal Canadian Mounted Police on February 13, 2026, titled "Investigative Update on Tumbler Ridge Shooting," available at https://rcmp.ca/en/bc/tumbler-ridge/news/2026/02/4350292 [https://perma.cc/PP2R-YPBM].

5. Attached as **Exhibit 3** is a true and correct copy of a press release from the British Columbia Chief Coroner on March 3, 2026, titled "Chief Coroner's Statement on Tumbler Ridge," available at https://news.gov.bc.ca/releases/2026PSSG0017-000210 [https://perma.cc/5L2Y-GFWM].

6. Attached as **Exhibit 4** is a true and correct copy of a press release from the British Columbia Ministry of Public Safety and Solicitor General on April 27, 2026, titled "Cracking Down on Organized Crime, Gun Violence," available at https://news.gov.bc.ca/releases/2026PSSG0037-000460 [https://perma.cc/BP3M-F5QC].

7. Attached as **Exhibit 5** is a true and correct copy of a press release from the British Columbia Ministry of Attorney General on July 7, 2026, titled "Exploring Legal Options Related to Tumbler Ridge Tragedy," available at https://news.gov.bc.ca/releases/2026AG0050-000799 [https://perma.cc/7PGJ-VGBD].

8. Attached as **Exhibit 6** is a true and correct copy of a press release from the Tumbler Ridge Royal Canadian Mounted Police on July 7, 2026, titled "Statement on Tumbler Ridge Criminal Investigation and Recent Announcement by the BC Attorney General," available at https://rcmp.ca/en/bc/tumbler-ridge/news/2026/07/4354810 [https://perma.cc/U4TF-FFM4].

9. Attached as **Exhibit 7** is a true and correct copy of an article published by *Vancouver Sun* on February 11, 2026, titled "What We Know About Tumbler Ridge Mass Shooter Jesse Van Rootselaar," available at https://vancouversun.com/news/tumbler-ridge-mass-shooter-what-we-know [https://perma.cc/W94T-PCQ5].

10. Attached as **Exhibit 8** is a true and correct copy of an article published by *The New York Times* on February 11, 2026, titled "Canada Updates: Police Identify Suspect in Mass Shooting," available at https://www.nytimes.com/live/2026/02/11/world/canada-shooting-tumbler-ridge.

11. Attached as **Exhibit 9** is a true and correct copy of an article published by *CBC News* on February 11, 2026, titled "What We Know About B.C. Mass Shooting: Students, Educator, Shooter's Family Among Victims," available at https://www.cbc.ca/news/canada/school-shooting-ten-dead-british-columbia-9.7084222 [https://perma.cc/C9EA-MLNP].

12. Attached as **Exhibit 10** is a true and correct copy of an article published by *The New York Times* on February 12, 2026, titled "What We Know About the Deadly Mass Shooting in Canada," available at https://www.nytimes.com/2026/02/11/world/americas/canada-tumbler-ridge-shooting.html.

13. Attached as **Exhibit 11** is a true and correct copy of an article published by *The Telegraph* on February 12, 2026, titled "*Revealed: 6ft Trans School Shooter Wanted to Be*

*'Petite,'*" available at https://www.telegraph.co.uk/us/news/2026/02/12/school-shooter-canada-transgender-jesse-van-rootselaar [https://perma.cc/8UVK-54SZ].

14. Attached as **Exhibit 12** is a true and correct copy of an article published by *The Guardian* on February 13, 2026, titled "'What Word Is There for This?' Tumbler Ridge Reaches for Unity in Storm of Grief," available at https://www.theguardian.com/world/2026/feb/13/tumbler-ridge-school-shooting-canada-unity-grief [https://perma.cc/7SAV-869Q].

15. Attached as **Exhibit 13** is a true and correct copy of an article published by *GB News* on February 14, 2026, titled "Tumbler Ridge Shooting: Trans 'Gunperson' who Murdered Mother and Brother 'Tried to Kill His Family Before,'" available at https://www.gbnews.com/news/world/tumbler-ridge-shooting-trans-gunman-jesse-van-rootselaar-murdered-mother-brother-kill-family [https://perma.cc/E5XQ-K2YY].

16. Attached as **Exhibit 14** is a true and correct copy of an article published by *Global News* on February 14, 2026, titled "What Is B.C.'s Mental Health Act and Why Is It Relevant to Tumbler Ridge Shooting?," available at https://globalnews.ca/news/11667999/mental-health-act-tumbler-ridge [https://perma.cc/Q4UU-5YFY].

17. Attached as **Exhibit 15** is a true and correct copy of an article published by *Europe Says* on February 14, 2026, titled "Questions Linger Around the Tumbler Ridge Shooter's Access to Guns," available at https://www.europesays.com/2777812 [https://perma.cc/N4BA-KXY5].

18. Attached as **Exhibit 16** is a true and correct copy of an article published by *CityNews Everywhere* on February 20, 2026, titled "Guns in Photo Posted by Tumbler Ridge Shooter's Mother Were Legal, Expert Says," available at https://halifax.citynews.ca/2026/02/20/guns-in-photo-posted-by-tumbler-ridge-shooters-mother-were-legal-expert-says [https://perma.cc/Q2SJ-CNWA].

19. Attached as **Exhibit 17** is a true and correct copy of an article published by *CBC News* on March 3, 2026, titled "B.C. Chief Coroner Announces Inquest into Tumbler Ridge Tragedy," available at https://www.cbc.ca/news/canada/british-columbia/tumbler-ridge-coroner-s-inquest-9.7112831 [https://perma.cc/MEH7-49D6].

20. Attached as **Exhibit 18** is a true and correct copy of an article published by *CBC News* on March 11, 2026, titled "What Kind of Firearms Were Used in Tumbler Ridge Shooting? Gun Control Groups Urge Transparency from RCMP," available at https://www.cbc.ca/news/canada/british-columbia/firearms-rcmp-transparency-tumbler-ridge-9.7123963 [https://perma.cc/KZ8A-MAXP].

21. Attached as **Exhibit 19** is a true and correct copy of an opinion column published by *Daily Hive* on July 8, 2026, titled "Opinion: Before Suing OpenAI, B.C. Government Needs to Look in the Mirror," available at https://dailyhive.com/vancouver/opinion-bc-government-suing-openai [https://perma.cc/RNV6-4W7W].

22. Attached as **Exhibit 20** is a true and correct copy of Michael Muret's letter to the editor published by *Times Colonist* on July 10, 2026, available at https://www.timescolonist.com/opinion/letters-july-10-canadas-deals-with-germany-rethink-dogs-at-pkols-12530521 [https://perma.cc/K7VT-HS95].

23. Attached as **Exhibit 21** is a true and correct copy of a press release from the Canadian law firm Rice Parsons Leoni & Elliott LLP on July 28, 2026, titled "Why We're Fighting the Tumbler Ridge Lawsuits in California, Not BC," available at https://rplelaw.com/why-were-fighting-the-tumbler-ridge-lawsuits-in-california-not-bc/ [https://perma.cc/S4W9-SNZK].

24. Attached as **Exhibit 22** is a true and correct copy of an article published by *Canadian Lawyer* on July 22, 2026, titled "Broader Remedies, No Caps on Damages: Why the Tumbler Ridge Lawsuits Are Being Fought in California," available at https://www.canadianlawyermag.com/news/general/broader-remedies-no-caps-on-damages-why-the-tumbler-ridge-lawsuits-are-being-fought-in-california/394400 [https://perma.cc/JF43-K9PB].

25. Attached as **Exhibit 23** is a true and correct copy of an article published by *The Post Millennial* on February 11, 2026, titled "Tumbler Ridge Trans School Shooter Jesse Van Rootselaar Was on SSRIs, Felt Suicidal Over Not Getting Cross-Sex Hormones," available at https://thepostmillennial.com/tumbler-ridge-trans-school-shooter-jesse-strang-was-on-ssris-felt-suicidal-over-not-getting-cross-sex-hormones [https://perma.cc/V3K3-HLAM].

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of September 2026, at Los Angeles, California.

Bethany W. Kristovich