# EXHIBIT 2

Royal Canadian Mounted Police Gendarmerie royale du Canada

B.C. RCMP



News release

# Update: Investigative update on Tumbler Ridge shooting

February 13, 2026 - Tumbler Ridge, British Columbia

From: Tumbler Ridge RCMP

## On this page


- Content
- Image gallery
- Related products
- Contacts


The BC RCMP (Royal Canadian Mounted Police) is providing an update on the investigation into the fatal shooting that occurred in Tumbler Ridge on February 10, 2026.

As of Friday, February 13, 2026, officers and Forensic Identification Services are continuing to process two scenes, with one located at Tumbler Ridge Secondary School and the second at a nearby home. A vehicle connected to the suspect, which is located outside the school, is also being processed.

It is expected that forensic work underway at Tumbler Ridge Secondary will continue through the weekend and the home could be finished by tomorrow.

Autopsies on the eight victims and the suspect are expected to be complete by the end of the weekend. The two surviving victims, Maya and Paige, remain in hospital.

So far, officers have interviewed more than 80 students, educators, and first responders. Additional witness interviews are still underway. Interviews are being conducted using trauma-informed principles and there continues to be multiple supports and services available.

As part of the investigation, digital and physical evidence is being collected, prioritized, and methodically processed. This includes images and videos from witnesses as well as CCTV footage and video from BC RCMP (Royal Canadian Mounted Police) body-worn cameras the responding members had on.

We have prioritized the analysis of the two firearms (long gun and a rifle that had been modified) seized from the school and two firearms, including a shotgun, seized among a number of other firearms, at the residence. The shotgun is believed to be involved the homicides at the home and has never been previously seized by police. Our investigation has also determined the main firearm believed to be used in the mass shooting at the school has never been seized by the RCMP (Royal Canadian Mounted Police) and its origin is unknown. Efforts continue to identify the owners and source of all other firearms.

The BC RCMP (Royal Canadian Mounted Police) has launched an online portal to streamline the collection of additional evidence that may have not yet been shared with police, such as footage captured on phones inside the school.

If you are a witness from Tumbler Ridge with relevant footage or images to share with police, please visit the public submission portal.

A QR code that provides access to the portal is attached to this news release.

The BC RCMP (Royal Canadian Mounted Police) would ask all witnesses who have not yet spoken to police to preserve relevant evidence and contact us.

A specialized team of investigators are also completing a thorough assessment of the suspect’s online activity and digital footprint. In addition, we continue to review all previous police or professional interactions with the suspect.

While public focus remains on honouring the victims, images of the suspect are also being shared online. However, some coverage and posts have included images of an unrelated person which has resulted in false accusations. The BC RCMP (Royal Canadian Mounted Police) is sharing a confirmed image of suspect, Jesse Van Rootselaar, and is urging the public and media to use verified information and confirm accuracy of images.

We would like to advise that an individual in Ontario, with a similar name to the person associated with our incident, has had been wrongly accused of being responsible. Zylee – this did not need to happen.  We know you are not involved.

The significant public attention to the incident in Tumbler Ridge has resulted in heightened concern in many communities across our country. We are mindful that public and media response and coverage can increase false reports, but it can also bring forward serious complaints.  The RCMP (Royal Canadian Mounted Police) remains vigilant and police are reviewing any and all threats, including those that may involve schools, to ensure safety.

## Image gallery



TU-2026-73

## Related products

- Update: RCMP publicly confirm victims of Tumbler Ridge shooting
- Update: Tumbler Ridge fatal shootings
- Update: Police Emergency Alert incident in Tumbler Ridge cancelled
- Police Emergency Alert issued due to active shooter incident in Tumbler Ridge

# Contacts

**BC RCMP Communication Services**

British Columbia RCMP

778-290-2929

- bc.rcmp.ca
- @bcrcmp
- BC RCMP
- @bcrcmp

**Date modified:**

2026-02-13