# EXHIBIT 3

**[Public Safety and Solicitor General](#)**

British Columbia News

# Chief coroner's statement on Tumbler Ridge

https://news.gov.bc.ca/33416

Tuesday, March 3, 2026 9:40 AM




(flickr.com)

Dr. Jatinder Baidwan, chief coroner, has released the following statement regarding the decision to direct an inquest into the events that occurred in Tumbler Ridge on Feb. 10, 2026:

"On the afternoon of Feb. 10, 2026, an entire community was forever changed and multiple families who call Tumbler Ridge home received the catastrophic news that their loved ones had lost their lives.

"The news that an individual had killed two adults and six children in a private residence and a local secondary school quickly spread across national and international media. With that, came passionate public discussions about mental health and possible gaps in support systems.

"It is with this in mind that I have reflected on the BC Coroners Service's responsibility to reinforce confidence in the system and support public safety in British Columbia when it comes to all sudden, unnatural and unexpected deaths, and all children's deaths.

"That is why, pursuant to Section 18 of the Coroners Act, I am directing a coroner's inquest to publicly review the circumstances that led to nine individuals losing their lives in Tumbler Ridge on Feb. 10.

"An inquest will provide an independent and transparent forum to publicly examine the circumstances surrounding the deaths, assess systemic and procedural issues, and make evidence-based recommendations aimed at preventing

the deaths, assess systemic and procedural issues, and make evidence-based recommendations aimed at preventing similar incidents in the future. Importantly, it will involve the participation of the people in British Columbia through a jury of five to seven people.

“My sincere and heartfelt condolences go out to the families who have lost their loved ones. The grief they are experiencing at this time is unimaginable. The BC Coroners Service will continue to work with the families and the community of Tumbler Ridge to make sure their needs are met and their questions answered.

“An announcement with more details about the timing of the inquest will be provided once our investigative phase is concluded.”

## Media Contacts

**Holly Tally**

Manager, Strategic Communications and Media Relations
BC Coroners Service
Holly.tally@gov.bc.ca
236-969-1759

The B.C. Public Service acknowledges the territories of First Nations around B.C. and is grateful to carry out our work on these lands. We acknowledge the rights, interests, priorities, and concerns of all Indigenous Peoples - First Nations, Métis, and Inuit - respecting and acknowledging their distinct cultures, histories, rights, laws, and governments.