# EXHIBIT 4

[Public Safety and Solicitor General]

British Columbia News

# Cracking down on organized crime, gun violence

https://news.gov.bc.ca/33668

Monday, April 27, 2026 10:00 AM

## New regulations for Firearm Violence Prevention Act will help keep communities safer


***Summary***

- *New regulations will bring the Firearm Violence Prevention Act into force on Oct. 1, 2026, and help prevent gun violence that devastates families and threatens businesses*
- *The act is intended to disrupt organized crime's use of firearms by filling gaps in the federal firearms laws and modernizing provincial laws*
- *The changes affect everyone in B.C. and will build on the Province's comprehensive gun and gang strategy and give police the tools they need to keep communities safe*


---

New regulations taking effect Oct. 1, 2026, will bring the Firearm Violence Prevention Act into force, strengthening efforts to curb gun violence, disrupt organized crime and keep communities safe.

"Gun-related violence has a profound effect on communities, and it continues to be a serious threat to public safety in British Columbia," said Nina Krieger, Minister of Public Safety and Solicitor General. "By closing the gaps in gun laws, we are providing police with new ways to go after gangs and criminals, and keep people and businesses in all our communities safe."

**Cracking down on organized crime activity**

The act, the first of its kind in Canada, will help disrupt organized crime activity by providing additional tools for law enforcement that will fill existing gaps in federal law related to the misuse of firearms. While the legislation was created and passed before the extortion crisis, the legislation gives police new regulations to hold criminals accountable for offences that typically occur during criminal activities tied to extortion. These include:

- discharging firearms from a vehicle
- operating a vehicle that is illegally transporting a firearm – a firearm is being illegally transported if no one in the vehicle has the federal licences and authorizations to possess the firearm or if the firearm is not being transported in accordance to federal law
- using or storing firearms in an unsafe manner
- causing a public disturbance with low-velocity firearms or imitation firearms and possessing firearms or immitation firearms if subject to federal prohibition
- possessing a firearm or imitation firearm in or on designated property

"For parents, there is nothing more important than protecting our children, especially from gun-related violence," said Niki Sharma, Attorney General. "I am proud that our government is taking these actions to help prevent criminals from trying to draw our young people into organized crime."

The act and regulations include prohibiting individuals from selling low-velocity and imitation firearms to youth under 18 years of age, such as BB, pellet and airsoft guns, and lighters designed to look like firearms, and other objects that could reasonably be mistaken to be firearms.

When it comes to places of worship, courts, child care facilities, hospitals, K-12 schools and post-secondary institutions, the act prohibits firearms, low-velocity firearms and imitation firearms from those properties. While

firearms are generally prohibited in these locations by a mix of laws, policies and procedures, the act puts in place a clear prohibition that is easy to understand and enforceable by police.

**Regulations developed together with partners**

The act, passed in 2021, was developed in response to recommendations set out in the 2017 Illegal Firearms Task Force Report. Over the past five years, the Province has been engaging with stakeholders and partners to determine the full effect of these changes.

As a result of these extensive engagements, the regulations include exemptions for safe and lawful use of firearms and imitation firearms, and enables adults and youth who use them in a responsible way to continue doing so with minimal change. Exemptions include activities such as hunting, sport shooting, firearms education and training, and airsoft activities. In addition, exemptions have also been established for public officials who are exempt from federal firearms requirements during the course of their duties, such as peace officers, conservation officers and others with specific exemptions granted under the Criminal Code of Canada.

**Implementing the regulations**

The six-month timeframe before the act comes into force will allow for the Province, police, affected stakeholder groups and law-abiding firearm owners time to prepare for implementation.

Work is underway to implement additional provisions for the impoundment of vehicles that flee police or transport illegal firearms. These are expected to come into effect within 2027.

**Quick Facts:**

- Recent efforts focused on gang prevention and intervention include:
  - expansion of the uniform gang enforcement team to northern communities
  - establishment of a regional integrated drug enforcement team
  - investment to expand B.C.'s Provincial Forensic Firearms Lab

**Learn More:**

- To view the Firearm Violence Prevention Act, visit: https://www2.gov.bc.ca/gov/content/justice/criminal-justice/policing-in-bc/fvpa
- To learn how B.C. is working to keep people safe and communities strong, visit: https://www2.gov.bc.ca/gov/content/safety/safe-communities

A backgrounder follows.

## Media Contacts

**Ministry of Public Safety and Solicitor General**

Media Relations
250-880-4716

**Backgrounders**

**What to know about new regulations for Firearm Violence Prevention Act**

**New regulations bring into force act aimed at cracking down on gun violence**

The act and regulations include the following offences:

- transporting loaded firearms in a vehicle or boat
- requiring that low-velocity and imitation firearms are securely stored when being transported in a vehicle or boat
- discharging firearms from a vehicle or boat

- making it an offence to operate a vehicle that is illegally transporting a firearm. A firearm is being illegally transported if no one in the vehicle has the federal licences and authorizations to possess the firearm or if the firearm is not being transported in accordance with federal law
- using, transporting, carrying or storing firearms in an unsafe manner
- causing a public disturbance with low-velocity firearms or imitation firearms
- possessing a firearm or imitation firearm in or on designated property
- possessing low-velocity firearms or imitation firearms if subject to federal prohibition
- prohibiting individuals from selling low-velocity and imitation firearms to youth under 18 years of age, such as BB, pellet and airsoft guns and lighters designed to look like firearms and other objects that could reasonably be mistaken to be firearms

In-depth engagement took place with diverse stakeholder groups, including recreational firearm users, the federal government, the education sector and First Nations organizations.

Their feedback helped shape the regulations, such as:

- firearm violence prevention general regulation
- firearm violence prevention (designated properties) regulation
- amendments to Wildlife Act regulations
- amendments to violation ticket administration and fines regulation
- amendments to conservation officer service authority regulation and the park, conservancy and recreation area regulation

**Youth recruitment into gangs**

Youth who are being recruited into gangs may be encouraged to carry low-velocity firearms, such as BB, pellet and airsoft guns, and imitation firearms. Low-velocity firearms and imitation firearms may be used to support gang activities and carrying them will desensitize the individuals to carrying firearms in the future. Police have limited tools to address this behaviour when the low-velocity firearm or imitation firearm has not been used in the commission of a crime and the simple possession of these objects is not regulated.

The act addresses this by:

- prohibiting the sale of low-velocity and imitation firearms to youth
- requiring youth who are transporting (in and outside of vehicles) low-velocity and imitation firearms to store them unloaded and in a locked non-transparent case

**Use of rental cars and cars owned by non-gang members during gang activity**

Members of gangs and organized crime will typically use rental cars or cars owned by non-gang members during gang activity. Gang members have been known to try to evade detection and prosecution by having friends or spouses transport firearms for them, or by using rental cars and claiming they were unaware when a firearm is discovered in the vehicle. This is no longer an excuse gang members will be able to use if police stop the vehicle and locate a firearm.

The act addresses this by making it an offence to operate a vehicle that is illegally transporting a firearm, regardless of where the firearm is stored in the vehicle. A firearm is being illegally transported if no one in the vehicle has the federal licences and authorizations to possess the firearm or if the firearm is not being transported in accordance with federal law.

**Exemptions**

Exemptions from prohibitions in the act include:

- law enforcement and other professionals who are required to possess and use firearms
  It includes:
  - prescribing additional types of wildlife officers for exemptions under the Wildlife Act
  - Parks Canada volunteers

  - individuals working with animals pursuant to federal legislation, such as the health of animals regulation and the Fisheries Act
  - game and livestock farmers, and veterinarians
- safe and otherwise lawful activities involving firearms, including low-velocity firearms, and imitation firearms on designated property, such as:
  - artistic activities, such as films and photography
  - firearms safety training
- exemptions for the operators of commercial passenger vehicles (taxis and Uber), ferries and federally regulated passenger boats when the offence occurs as a result of the actions of a passenger

**Enforcement**

An education-first approach may be preferential when responding to an honest mistake where there are limited risks to public safety, whereas violation tickets will be used when an enforcement action is appropriate, and prosecution is reserved for the most serious circumstances.

**Federal and provincial jurisdiction respecting firearms**

The federal and provincial governments each have jurisdiction to regulate firearms, but for different constitutional purposes.

The federal government makes laws respecting criminal offences involving firearms as well as laws respecting the manufacture, sale, possession, ownership and transportation of firearms. It includes the authority to generally prohibit the ownership of specific types of firearms.

The Province has the authority to regulate property rights, which includes the authority to regulate the ownership and use of firearms within British Columbia.

While firearms are generally prohibited in specified properties, such as places of worship, courts, child care facilities, hospitals, K-12 schools and post-secondary institutions, by a mix of laws, policies and procedures, the act puts in place an additional prohibition that is easy to understand and provides additional tools for law enforcement.

**Translations**

- FirearmViolencePreventionAct2026_Chinese(traditional).pdf
- FirearmViolencePreventionAct_2026_Chinese(simplified).pdf
- FirearmViolencePreventionAct_2026_French.pdf
- FirearmViolencePreventionAct_2026_Punjabi.pdf

The B.C. Public Service acknowledges the territories of First Nations around B.C. and is grateful to carry out our work on these lands. We acknowledge the rights, interests, priorities, and concerns of all Indigenous Peoples - First Nations, Métis, and Inuit - respecting and acknowledging their distinct cultures, histories, rights, laws, and governments.