# EXHIBIT 5

[Attorney General]

British Columbia News

# Exploring legal options related to Tumbler Ridge tragedy

https://news.gov.bc.ca/34010

Tuesday, July 7, 2026 9:45 AM

## Province retains counsel to pursue legal action against OpenAI




(flickr.com)

***Summary***

- *The Province has retained B.C.- and California-based counsel to explore legal options to hold OpenAI accountable for its failure to notify law enforcement of threats made on its ChatGPT platform prior to the mass shooting at Tumbler Ridge Secondary school*
- *The Province remains focused on supporting victims' families and the Tumbler Ridge community while pursuing all available options to seek accountability*

---

The Province has retained counsel to pursue legal action against artificial intelligence company OpenAI for its failure to notify law enforcement of threats made on its platform prior to the mass shooting at Tumbler Ridge Secondary school.

The Province is taking this step while continuing to support victims' families and the broader Tumbler Ridge community as they recover from one of the most devastating tragedies in British Columbia's history. The attack at Tumbler Ridge Secondary school on Feb. 10, 2026, claimed the lives of eight innocent people, including an educator and five children between the ages of 11 and 13, and left 27 others wounded.

"Our thoughts remain with the families who lost loved ones, the people who were injured and the entire Tumbler Ridge community," said Niki Sharma, Attorney General. "As the community continues to heal, our government remains focused on supporting those affected and pursuing accountability. When there are serious concerns that opportunities to prevent harm were missed, we have a responsibility to act. We owe that to the victims, their families and everyone whose life was changed by this tragedy."

The Province has retained CFM Lawyers in Vancouver, and Stranch, Jennings & Garvey, a California-based law firm, to explore all legal avenues to hold OpenAI and its decision-makers accountable for its documented failure to notify law enforcement regarding explicit, flagged threats made by the perpetrator on the company's ChatGPT platform. Retaining California-based counsel allows the Province to directly assess potential legal remedies in the state where OpenAI is headquartered.

Internal reports from OpenAI have indicated that its safety teams flagged the perpetrator's violent prompts on ChatGPT months before the attack, yet the company's leadership did not notify police or local authorities.

Working alongside legal counsel in British Columbia and California, the Province will pursue appropriate avenues to ensure accountability and secure support for community rebuilding efforts, including the construction of a new Tumbler Ridge school facility.

"British Columbia has never shied away from taking on powerful corporations when their actions cause harm to people and communities," Sharma said. "We are taking this step because there are serious concerns about OpenAI's failure to notify law enforcement after threats were flagged on its platform. We will pursue every available avenue to hold OpenAI and its decision-makers accountable because no company or corporate leader should be beyond scrutiny when public safety is at stake."

Several victims' families have launched legal proceedings against OpenAI in the U.S. District Court for the Northern District of California. The Province supports the right of those families to pursue justice through the courts and recognizes the courage they have shown in coming forward. Any legal action pursued by the Province would be separate from the litigation initiated by families and community members in Tumbler Ridge. The two processes would proceed independently and in parallel while seeking accountability through different legal avenues.

As the work continues, the Province remains focused on supporting victims' families and the long-term recovery of the Tumbler Ridge community.

This step is consistent with the Province's commitment to hold powerful corporations accountable when their products or practices cause harm to people and communities. From tobacco and opioid manufacturers to vaping companies, the Government of British Columbia has used the courts to pursue accountability and ensure that people in B.C. are not left bearing the costs of corporate wrongdoing.

**Learn More:**

To learn about the supports available for people affected by the Tumbler Ridge tragedy, visit: https://www2.gov.bc.ca/gov/content/family-social-supports/youth-and-family-services/tumbler-ridge

## Media Contacts

### Ministry of Attorney General

Media Relations
604-830-6285

The B.C. Public Service acknowledges the territories of First Nations around B.C. and is grateful to carry out our work on these lands. We acknowledge the rights, interests, priorities, and concerns of all Indigenous Peoples - First Nations, Métis, and Inuit - respecting and acknowledging their distinct cultures, histories, rights, laws, and governments.