# EXHIBIT 6

Royal Canadian Mounted Police Gendarmerie royale du Canada

B.C. RCMP



News release

# Statement on Tumbler Ridge criminal investigation and recent announcement by the BC Attorney General

July 7, 2026 - Tumbler Ridge, British Columbia

From: Tumbler Ridge RCMP

## On this page


- Content
- Contacts


We are aware of the announcement made today by the BC Attorney General regarding legal options related to the Tumbler Ridge tragedy. This effort is separate and independent from the RCMP (Royal Canadian Mounted Police) investigation.

The RCMP (Royal Canadian Mounted Police) criminal investigation into the mass casualty event in Tumbler Ridge on February 10, 2026, remains active and ongoing.

There is still work underway, however, significant progress has been made. Digital and physical evidence has been collected, prioritized and processed. Efforts are still underway to analyze the contents on electronic devices seized, as well as to collect all the data from multiple social media and online accounts. Investigators are working with specialized units and the Federal Bureau of Investigations (FBI) to complete the digital forensic analysis and investigative tasks.

The investigation has also completed a review of over 100 interview statements taken from students, educators, and first responders and are completing the firearms assessments.

The investigation continues to apply trauma-informed principles and there are multiple supports and services available to the victim families and others impacted.

We respect the need for information and answers in the tragic events that took place, and we remain committed to determining the facts.

This continues to be a criminal investigation, in which we have not eliminated the possibility that charges could be laid. It is important to understand that the absence of publicly disclosed details does not mean investigators do not have that information. Rather, we must protect the integrity of the ongoing investigation, particularly with potential future prosecution in mind.

The RCMP (Royal Canadian Mounted Police) is also mindful of an upcoming BC Coroner's Inquest, in which we will fully participate.

# Contacts

**Staff Sergeant Kris Clark**
Senior Media Relations Officer
BC RCMP Communication Services
kris.clark@rcmp-grc.gc.ca
778-290-3961

- bc.rcmp.ca
- @bcrcmp
- BC RCMP
- @bcrcmp

**Date modified:**
2026-07-07