# EXHIBIT 9

Canada

# What we know about B.C. mass shooting: Students, educator, shooter's family among victims

All 8 victims of the shooting have now been identified

CBC News · Posted: Feb 11, 2026 5:17 AM PST | Last Updated: February 13

Listen to this article
Estimated 9 minutes




**Learning about the victims of the Tumbler Ridge, B.C., tragedy**

February 11 | 2:34

We are learning more about the victims of the Tumbler Ridge tragedy. CBC News has confirmed the identity of suspect Jesse Van Rootselaar's mother. Thirty-nine-year-old Jennifer Strang was among the eight fatally shot. The CBC's Bryan Labby has more on the lives lost and those seriously injured

Police on Thursday identified all eight victims killed in a mass shooting in the community of Tumbler Ridge, B.C., on Tuesday. They were mostly children, aged 12 and 13, killed at their school. One educator was killed. Two more children were critically injured and remain in hospital.

There were also two people killed at a home, identified by police as the mother and half-brother of the shooter.

The perpetrator, who has been identified by police, was also found dead inside the school from what they described as "a self-inflicted injury."

**Mass shooting in Tumbler Ridge, B.C., leaves 8 dead, including 6 children, and a nation in mourning**

On Wednesday, police clarified that the death toll, including the shooter, stood at nine — and not 10, as previously reported.

They also said that while 25 more people were initially taken to the local medical clinic to be assessed, none had any discernible physical injuries.

Here's what we know so far about one of the deadliest school shootings in Canadian history.

## What we know about the victims



Seven victims of the mass shooting in Tumbler Ridge, B.C. on Tuesday, Feb. 10, 2026. Clockwise from top left: Abel Mwansa, Ezekiel Schofield, Ticaria Lampert, Zoey Benoit, Jennifer Jacobs, a.k.a. Jennifer Strang, Emmett Jacobs, and Kylie Smith. (Submitted by RCMP)

Six victims were found dead inside the high school, according to authorities.

Five of the victims were children. Their names and ages are:

- Abel Mwansa, 12.
- Ezekiel Schofield, 13.
- Kylie Smith, 12.
- Zoey Benoit, 12.
- Ticaria Lampert, 12.

There was one educator killed in the school, as well. She has been identified as Shannda Aviugana-Durand, 39.

Ticaria's mother spoke to reporters Thursday evening in Tumbler Ridge, remembering her daughter "Tiki" as "a blazing light in the darkness."

"She was a Tiki Torch powered by love and happiness," Sarah Lampert said. "She was feisty. She could turn up the heat to make a point, but always followed with her sunshine, her fundamental gift. She was born to love and to crerate peace and harmony."

She said her daughter had a "Santa sack of every bad dad joke you could think of" and was the "Energizer Bunny of talk."

"She was everything. Especially to me."

***WATCH | Sarah Lampert's full statement:***



**Mom of B.C. shooting victim Ticaria Lampert gives emotional statement**

▶ February 12 | 7:26

The mother of Ticaria Lampert spoke with media for the first time since a mass shooting in Tumbler Ridge, B.C., claimed the lives of her daughter and seven other victims. Sarah Lampert said she called 12-year-old Ticaria her 'tiki torch' and she has 'always been a blazing light in the darkness.'

---

Kylie Smith's mother described her daughter as "an amazing little girl" who was "full of love and happiness," and who loved to draw and dress up.

"She wanted to be an artist since she was a toddler," said Desirae Pisarski in an interview in Victoria. "She could draw like no other ... all free hand." Kylie also painted and had dreams of one day going to Toronto to study art, she said.

The shooter's mother and half-brother were killed at the family's home. They have been identified as Jennifer Strang, identified by police using her legal name, Jennifer Jacobs, 39, and Emmett Jacobs, 11.

---

**Grade 12 student recalls 'surreal' lockdown during deadly school shooting in Tumbler Ridge, B.C.**

---

**Suspect's mother identified as 1 of 8 Tumbler Ridge, B.C., mass shooting victims**

---

Linda Muise, a worship leader at the local New Life Assembly, told CBC's Ian Hanomansing that one of the 12-year-old boys killed in the attack came to her church every Sunday.

"Always a smile on his face, pleasant boy. He was a friend with my grandson and my grandson would come here every summer for a holiday and they would hang together," she said.

***WATCH | Remembering one of the young victims:***



Tumbler Ridge community mourns loss after mass shooting | Hanomansing Tonight

▶ February 11 | 3:39

Linda Muise knew one of the victims who attended Tumbler Ridge Secondary School. She shares the impact of the loss on her family and the community.

Dennis Campbell spoke of his daughter, who lost four friends in the school shooting.

He told Adrienne Arsenault that his daughter had called him while hiding with another class and teacher in the gym's equipment room.

He said he could hardly believe it when he heard her say: "Dad, there's a shooting. There's a shooting here."

## Praise for first responders

Wednesday evening, officials who gathered in Tumbler Ridge praised the first responders — who arrived at the school within minutes of getting the first calls from the scene — for their "acts of heroism."

"Their efforts helped save so many lives," Public Safety Minister Gary Anandasangaree said, "sacrificing their own mental health and their own well-being."

The RCMP says the first four officers on the scene were

- Sgt. Bill Hughes, with 21 years of service.
- Const. Jonathan Kohut, with eight years of service.
- Const. Tyler Noon, with 11 years of service.
- Const. Nick Gachter, with five years of service.

"These members acted with immeasurable bravery in the face of extreme violence while surrounded by unfathomable trauma," said RCMP Staff Sgt. Kris Clark, senior media relations officer, in an email to CBC News.




RCMP and victim services are pictured at Tumbler Ridge Secondary School the day after the shooting. Officials praised their work, crediting them for saving so many lives. (Ben Nelms/CBC)

Tumbler Ridge Mayor Darryl Krakowka fought back tears as he spoke about the families whose children did not come home. He said everyone would need support in the coming days.

"Lend your ear when somebody needs your ear. Lend your shoulder when somebody needs your shoulder," he said. And he encouraged people to give space to those who are grieving, but to offer a hug.

## Two children injured

Two children were airlifted to hospital with serious or life-threatening injuries.

Twelve-year-old Maya Gebala, who was injured in the shooting at the school, was flown to B.C. Children's Hospital with critical injuries. CBC News confirmed her identity Thursday.

On Wednesday, a fundraising page was launched saying that the family has been told Maya "can't possibly make it."

"What felt like a shred of hope feels as fragile as life itself, but we just can’t give up hope ... so we wait," it said.



Maya Gebala is seen in this undated photo. The 12-year-old was wounded in the Tumbler Ridge, B.C., shooting at the school and remains in hospital. (David Gebala/Facebook)

Another patient, assessed as being in serious to fair condition, was transferred to a higher level of care in B.C.'s Lower Mainland.

Details on the extent of injuries for the others have not been released at this time.

Tumbler Ridge Secondary School covers Grades 7 to 12 with about 160 students, according to its website.

***PHOTOS | On the ground in Tumbler Ridge:***



A memorial to the victims of the Tumbler Ridge Secondary School shooting is pictured, in the small community of Tumbler Ridge in northeastern British Columbia on Thursday. (Ben Nelms/CBC)

Hide caption 1 of 21

## What we know about the shooter

Deputy Commissioner Dwayne McDonald, the commanding officer for the RCMP in B.C., identified the perpetrator as Jesse Van Rootselaar, 18, of Tumbler Ridge.

McDonald said police had responded to Van Rootselaar's home for mental health-related calls over the last several years. He said some of the calls dealt with weapons.

Van Rootselaar was not currently attending Tumbler Ridge Secondary School and had dropped out about four years ago. She was not related to any of the victims at the school, according to McDonald.



Police tape surrounds the house of the shooter, where police say her mother and stepbrother were found dead. (Jennifer Gauthier/Reuters)

McDonald said Van Rootselaar identified as female but was assigned male at birth. McDonald said she began to transition about six years ago. He said police have not found any note yet from Van Rootselaar, but it's possible one was written.

Officers recovered a long gun and a modified handgun from inside the school. Neither was registered to Van Rootselaar, whose firearms licence expired in 2024.

***WATCH | Trauma in the community:***



**‘It’s traumatizing,’ says pastor of Tumbler Ridge church | Hanomansing Tonight**

▶ February 11 | 6:53

Rev. Gerald Krauss and his wife, Tracey Krauss, speak to the aftermath of the mass shooting at Tumbler Ridge Secondary School and its impact on the community.

## What happened?

Police received a report of an active shooter at Tumbler Ridge Secondary School on Tuesday around 2:20 p.m. MT, McDonald said.

A public alert was issued as officers responded. Thousands of people were ordered to shelter in place after police issued an active shooter alert for the rural community and the surrounding area.

***Cross Country Checkup is asking:***

**How do you get to the other side of a tragedy? What helped your community heal?**

**Leave your comment here and we may read it or call you back for Sunday's show**

Police officers arrived at the school within two minutes. Upon arrival, there was active gunfire, McDonald said, including rounds fired in the direction of the officers approaching the school.

Within minutes of entering the school, officers located the individual believed to be the shooter, dead from what appeared to be a self-inflicted gunshot wound. One of the dead was found in a stairwell and the rest were found in the school library. Those with injuries were located throughout the school, McDonald said.

***WATCH | His daughter was in the school:***




**His daughter called and said there was a shooter in the school**

▶ February 11 | 1:51

Tumbler Ridge father Dennis Campbell tells CBC News chief correspondent Adrienne Arsenault about

how he responded when his daughter called him Tuesday to say there was a shooter in the school.

Officers helped 100 students and faculty evacuate the building once they determined it was safe, he said.

A video showed students walking out of the school with their hands raised as police vehicles surrounded the building and a helicopter circled overhead.

**'What happened has left our nation in shock,' Carney says in wake of B.C. mass killing**

Police did not get to the Van Rootselaar home until about 2:45 p.m. MT on Tuesday, according to McDonald.

A young female relative at the home went to a neighbour's house and the neighbour called police, McDonald said. The deaths at the home occurred first, before the perpetrator went to the high school, he said.

Residents were locked down until the alert was officially cancelled at 6:45 p.m. MT.

## How frequent are these shootings?

The shooting at the small, rural high school is the second deadliest school shooting in Canadian history, behind the massacre that left 14 dead at L'Ecole Polytechnique in Montreal on Dec. 6, 1989.

Five people were killed in a series of shootings in La Loche, Sask., on Jan. 22, 2016, including two at a community school.

Experts have attributed the rarity to Canada's strict gun laws, which make it difficult to own assault-style weapons that have been used in school shootings in the U.S.

## Where is Tumbler Ridge?

The shootings took place in the rural community in northeastern B.C., known mostly for its mining industry and geological history.

Nestled in the foothills of the Canadian Rockies, Tumbler Ridge is about 660 kilometres northeast of Vancouver as the crow flies, near the border with Alberta, and home to about 2,400 people, according to the 2021 census. The closest city is Dawson Creek, B.C., about 120 kilometres northeast.

### Corrections

- A previous version of this story described one of the victims, Emmett Jacobs, as Jesse Van Rootselaar's stepbrother. In fact, Emmett's father confirmed he was her half-brother.
  *Feb 13, 2026 8:35 AM PST*

*With files from CHEK News*