# EXHIBIT 10

# What We Know About the Deadly Mass Shooting in Canada

nytimes.com/2026/02/11/world/americas/canada-tumbler-ridge-shooting.html

Matina Stevis-Gridneff, Vjosa Isai, Ravi Mattu

February 11, 2026





Tumbler Ridge Secondary School on Wednesday.Credit...Alana Paterson for The New York Times

A mass shooting in a remote Canadian town on Tuesday left 9 people, including the suspected attacker, dead, shocking a country where such acts of violence are extremely rare.

The police identified the suspect as Jesse Van Rootselaar, 18, a local resident who was known to the authorities. She killed her mother and stepbrother before fatally shooting several others, and later herself, at a school in Tumbler Ridge, British Columbia, the authorities said.

Prime Minister Mark Carney of Canada held back tears in an emotional statement to journalists on Wednesday.

“This morning, parents, grandparents, sisters, brothers in Tumbler Ridge will wake up without someone they love,” he said. “The nation mourns with you, Canada stands by you.”

Here is what we know about the killings and how the authorities have responded to previous mass shootings.

## How many people died?

Seven people, including the suspected shooter, who appeared to have died from a self-inflicted injury, were found dead at Tumbler Ridge Secondary School, according to the Royal Canadian Mounted Police.

Dwayne McDonald, a deputy commissioner with the R.C.M.P. in British Columbia, said most of the victims were 12- or 13-year-old students who were killed in the school library, along with a 39-year-old educator. The police said they had earlier given a mistaken death toll of 10.

The shooter also killed her mother, 39, and stepbrother, 11, before going to the school.

Two female students were injured and airlifted to a hospital where they remained in serious condition on Wednesday, officials said. Mr. McDonald said he did not have the exact details of the injuries.

The 25 students initially reported as injured on Tuesday were the number of students who were taken to a local medical center to be assessed. They did not have injuries but were triaged because of their appearance, Mr. McDonald said, citing the presence of blood on the children.

“You can imagine in a chaotic situation where the students and faculty are barricading themselves in rooms that many types of injuries could result,” Mr. McDonald said.

Students and teachers hid for hours inside the school during the attack.

## What do we know about the suspect and the victims?

Ms. Van Rootselaar and her family were known to the authorities, Mr. McDonald said, adding that the police had last visited the home in the spring for mental health issues that included self harm.

Ms. Van Rootselaar was assigned male at birth and began transitioning to female six years ago, Mr. McDonald said. He added that the police would continue identifying her as a female. He said that the authorities were not able to say why the suspect had carried out the murder spree, one of the worst in Canadian history.

Mr. McDonald added that the police, who arrived at the school while the suspect was still shooting, had recovered a long gun and a modified handgun from the scene.

“Police had attended that residence on a number of occasions over the last several years dealing with concerns of mental health with our suspect,” Mr. McDonald said, referring to the home where the suspect’s mother and stepbrother were found dead. On one of those occasions, he said, “firearms were seized.”

The police said that Ms. Van Rootselaar had dropped out of school approximately four years ago.

## How does this compare with other mass shootings?

The attack in Tumbler Ridge was the fourth deadliest mass shooting in Canadian history. In 2020, Gabriel Wortman killed 22 people in the eastern province of Nova Scotia.

In 1996, Mark Vijay Chahal shot and killed his ex-wife and eight of his in-laws in Vernon, British Columbia, before killing himself.

In 1989, Marc Lépine shot 14 women dead in a misogynistic attack on an engineering class at a university in Montreal, Quebec.

## How have the authorities responded to previous attacks?

After the 2020 massacre, the federal government unveiled a sweeping plan to overhaul gun laws. The measures included a ban on 1,500 types of assault-style weapons that was later widened to include other firearms, and a freeze on the sale of handguns.

The government also instituted a gun buyback program that has proved controversial and logistically difficult to implement. Critics and opposition politicians say the measures punish law-abiding gun owners and will not make Canada safer. Some provinces have said they would not participate in the program.

There are about 1.3 million registered firearms in Canada, according to official data.

## Where is Tumbler Ridge?

Tumbler Ridge is roughly 730 miles northeast of Vancouver in the foothills of the Rocky Mountains, near the border with Alberta. The close-knit community, which has a population of about 2,400, was originally a coal-mining hub but now pitches itself as a hub for outdoor tourism.

The shooting has devastated the town.

“I will know every victim,” Mayor Darryl Krakowka told the CBC, Canada’s public broadcaster, after sheltering in the town hall.

“We’re a small community,” he said. “I don’t call them residents. I call them family.”