# EXHIBIT 11

# Revealed: 6ft trans school shooter wanted to be ‘petite’

**telegraph.co.uk**/us/news/2026/02/12/school-shooter-canada-transgender-jesse-van-rootselaar

Max Stephens, Iona Cleave

February 12, 2026




Social media posts uncovered by The Telegraph reveal mental health issues of teenager who killed eight




Jesse Van Rootselaar had begun transitioning at the age of 12 and publicly identified as female

The transgender teenager [responsible for Canada’s worst school shooting] in nearly 40 years struggled with his physical appearance and was fixated with guns and drugs.

Jesse Van Rootselaar, an 18-year-old from the remote town of Tumbler Ridge who was born a male, wrote online about his 6ft frame and his desire to be a “petite” woman.

He shot dead his mother, Jennifer Strang, and his 11-year-old brother on Tuesday afternoon before walking to his former school 10 minutes away and opening fire on pupils and staff, killing eight before taking his own life.

Police initially described the shooter as a "gunperson" and a "female in a dress". They later revealed that Van Rootselaar had begun transitioning at the age of 12 and publicly identified as female.

Police have not revealed a motive, but posts retrieved by The Telegraph from the shooter's deleted social media accounts reveal a troubled teenager with mental health issues and difficulties transitioning to become a woman.

Van Rootselaar, who described himself as "mtf" in posts (shorthand for male-to-female), recorded a video of himself in October 2023 firing a high-powered Desert Eagle handgun at a shooting range and shared his footage on a forum for other transgender people interested in guns.

In other posts sent to transgender communities, he asked "do I have a good build type for HRT [hormone replacement therapy]?"

"Any advice is appreciated, should I put on weight or anything? Work out?"

In another post dated March 31, 2020, he wrote in a message to a transgender group: "I'm trans MtF, I'm pre-HRT 15yo, I'm super skinny, so that sometimes makes me feel kinda good!"

"But I'm Pre-HRT and my expectations are minimal for chest growth, and I'm 6ft tall! Why can't I be petit an [sic] smol [small]?"



Jesse Van Rootselaar pictured smiling with a rifle

Police have said it was “too early to say” whether there was any correlation between Van Rootselaar identifying as transgender and the shooting, and admitted that the motive for the killings may never be known.

Court records reveal how Van Rootselaar, a school dropout, and his four siblings had led a “nomadic lifestyle” that constantly uprooted them between Newfoundland and Powell River.

“It can hardly be the case that the children are tied in any meaningful sense to that one location,” wrote Justice Anthony Saunders in a ruling ordering his mother to give her children telephone access to their father.



Jennifer Strang, Jesse Van Rootselaar’s mother, was shot dead by the teenager

Police said there was a history of officers attending the shooter’s home for mental health-related call-outs, some of which concerned guns.

There was no evidence to suggest he was bullied at school for being transgender, police said.

Dwayne McDonald, deputy commissioner for the Royal Canadian Mounted Police, said officers had been in contact with Van Rootselaar last year and that Van Rootselaar’s gun licence had expired in 2024 and had no firearms registered.

On more than one occasion, Van Rootselaar was taken into custody for assessment under the mental health act, police said.

Two years ago, firearms were seized from the home, but the lawful owner, whom the police did not identify, got them back after petitioning to have them returned.

Van Rootselaar, the eldest of five siblings, is believed to have had ready access to an arsenal of guns from a young age.

His mother shared a photograph in August 2024 of a gun cabinet housing a collection of hunting rifles and rounds of ammunition.

“Think it’s time to take them out for some target practice,” read the photograph’s caption.




Van Rootselaar’s mother shared a photograph in August 2024 of a gun cabinet

Ms Strang promoted her son’s account on her official Facebook page in July 2021.

She wrote: “Check out my oldest son Jesse Strang [sic] YouTube channel. He posts about hunting, self-reliance, guns and stuff he likes to do… he doesn’t go on much other social media so this is his way of sharing his life.”




Jennifer Strang promoting her son’s YouTube acount

Ms Strang also shared her support for transgender issues.

In an Instagram post on July 2024, she shared an image of a trans-inclusive pride flag with the message “good people don’t spend their time harassing marginalised communities”.

A YouTube account, run by Van Rootselaar under the name of JessJessUWU, features a female cartoon character next to a rifle with the blue, white and pink colours of the transgender flag in the background.




The YouTube account under the name of JessJessUWU

The videos included footage of Van Rootselaar carrying out target practice with a tactical 12-gauge shotgun and firing a semi-automatic carbine at targets, an archived copy of the account showed.

Van Rootselaar also described using drugs on social media, claiming that he tried to burn his house down after using psychedelic mushrooms, and regularly took DMT – another powerful hallucinogenic drug.

On Oct 28, 2023, he wrote: "I tried shrooms once, it was a small unmeasured dose and it was chill.

“The second time I tried it I took 3 grams of Blue Meanie [ a hallucinogenic mushroom] ground up into some peanut butter and had a complete break from reality and did a lot of irrational things, I felt like I was dreaming. Many consequences ensued.”

On Wednesday evening, a candlelit vigil was held in the town of 2,400 residents at the base of the Rocky Mountains.



Mourners hold a vigil for the victims in Tumbler Ridge, British Columbia Credit: Paige Taylor White / AFP via Getty Images

Mark Carney, Canada’s prime minister, who has a trans daughter, described the shooting as “horrific” and said his “prayers and deepest condolences” were with the families and friends of the victims.

“I join Canadians in grieving with those whose lives have been changed irreversibly today,” he added in a statement.

Canada is considered to have some of the most protective laws for transgender people, but some provinces have moved to ban transgender competitors from women’s sports in recent years.

Darryl Krakowka, the mayor of Tumbler Ridge, said he broke down at hearing the news, and compared the community of around 2,400 people with a "big family", adding: "I probably know every one of the victims."

Van Rootselaar, armed with a modified handgun and a rifle or shotgun, shot dead three 12-year-old girls and two boys, aged 12 and 13, and a 39-year-old female teacher inside the school at approximately 1.20pm.

He then took his own life minutes before officers arrived at the scene.

Two more people, including Maya Gebala, a 12-year-old girl who sustained two bullet wounds to her neck and head after locking the library door to save her classmates, are being treated for life-threatening injuries.

Twenty-five others from the school of 175 students also sustained minor injuries.

**From the Editor**

Wake up to free-thinking comment and the biggest news stories, in your inbox every morning

