# EXHIBIT 13

gbnews.com/news/world/tumbler-ridge-shooting-trans-gunman-jesse-van-rootselaar-murdered-mother-brother-kill-family

Ben McCaffrey February 14, 2026




The trans "gunperson" who murdered his mother and brother before a mass shooting at a local school had tried to kill his family before, a neighbour has revealed.

Jesse Van Rootselaar opened fire at Tumbler Ridge Secondary School at around 1.30pm local time on Tuesday.

The 18-year-old killed three female students, all 12 years old; two male students, aged 12 and 13; and one 39-year-old teacher.

But before the troubled teen made it to campus, where he turned the gun on himself following the deadly spree, he killed his 39-year-old mother and 11-year-old stepbrother at their home.

TRENDING

Stories

Videos

Your Say

1[Mob of balaclava-clad youths torch cars in 'tribute' to dead A66 joyrider]

2[Labour urged to introduce new driving laws that will see mandatory devices installed in cars]

3Piddington turns protest against asylum accommodation into 'Battle for Britain' anthem as village...

4Christian festival 'locked down' after multiple people injured following 'serious incident'

5John Craven, 86, shares emotional final wish after nearly four decades on BBC Countryfile

A motive for one of Canada's deadliest shootings has not yet been established by investigators, with a police spokesman admitting they "might never be able to".

But, according to a neighbour, Tuesday's tragic events were not the first sinister signs Van Rootselaar displayed; rather another dark chapter in the troubled youngster's life.

Melanie, who lives several houses down from the home Van Rootselaar shared with his mother and four younger siblings, said he had previously deliberately set fire to the house in 2023.

"A couple of years back, he lit their house on fire because he was trying to kill his own family... it almost completely burnt down," she told The Telegraph.

Featured Comment

The trans shooter who murdered his mother and brother before a mass shooting at a local school had tried to kill his family before

"He was just sitting out in the front when the fire trucks arrived."

She added how "everyone on the street saw the blaze", which destroyed most of their home. This was "dismissed" by the police at the time.

The teenager had previously admitted to the arson attack in a social media post, writing: "I went crazy and burnt my house down my second time trying shrooms but still have a desire to try alternatives".

Van Rootselaar, who was transgender, transitioned about six years ago, according to police.

## LATEST DEVELOPMENTS

- Britain blames Russia for 'barbaric' death of Vladimir Putin critic using dart frog toxin
- 'We're f***ed!' British Army brigade 'destroyed by Ukraine' in Nato wargame
- 'Lamps would go out in Europe' under Nigel Farage, Keir Starmer tells world leaders

Locals in remote Tumbler Ridge gathered at a vigil to mourn the dead on Wednesday | REUTERS

According to social media posts, Van Rootselaar had access to guns and was enthusiastic about hunting. His late mother, Jennifer Strang, held a firearms licence, but there were no weapons registered to it, police confirmed.

Two firearms, a long gun and a modified rifle were used by the shooter; two at home and two separate weapons at the school.

Social media activity linked to Van Rootselaar also appears to discuss the use of firearms and a passion for hunting.

Tumbler Ridge is well known for its nature and is surrounded by wildlife such as deer, moose, elk, wolves, and grizzly and black bears.

The shooting left eight dead, including five students and one teacher

|
REUTERS

Police had visited Van Rootselaar multiple times in recent years regarding mental health issues, and on some occasions, "the suspect was apprehended for assessment and follow up", Deputy Commissioner Dwayne McDonald, of the Royal Canadian Mounted Police, said.

Firearms were seized from Van Rootselaar’s residence a couple of years ago, but were later returned to him when the owner petitioned for them.

The most recent police visit, last spring, was over "concerns regarding mental health, self-harm", Mr McDonald explained.

Recent revelations of Van Rootselaar's fragile mental state and run-ins with the police have left locals feeling the horror could have been prevented.

"This all could have been avoided if there was proper mental healthcare," said Melanie, citing the lack of accessible facilities in the north of British Columbia. "People are crying for help all around here."

Neal Smith, 39, another close neighbour of Van Rootselaar, said: "Nothing like this should have ever happened here, this is a place where my kids play on the street all day, we know everybody here."

Sheryl Crawford, who was handing out food and teddy bears to grieving locals in the community centre, described the events as "unreal, heartbreaking. It should never have happened but it did".

"The toughest part is that someone in this community could do such a thing," she said.